IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff

    v.                          CIVIL NO. 98-1482 (GG)

OLGA I. RAMOS-ALAMO, ET ALS.

    Defendants

**ORDER**

On November 15, 1999, plaintiff United States of America (United States) filed a motion requesting the disbursement of funds owed to plaintiff totaling $43,330.98. This document only evidences the following solicited amounts:

    1.  aggregate principal-    30,792.53
    2.  interest-                11,662.78

           Total-                  $42,455.31

However, plaintiff failed to submit proof of the $864.96 of costs and disbursements.

Upon consideration of the evidence submitted by plaintiff, and in light of the Clerk's confirmation that the amount of $61,198.58 was deposited by the U.S. Marshall, plaintiff's request for disbursement of funds is hereby **GRANTED** for the limited amount of $42,455.31. In light of plaintiff's failure to provided us with evidence of the $864.96 in concept of costs and disbursements, the request of withdrawal for said expenses is **DENIED**, until proof is



**CIVIL NO. 98-1482 (GG)**     2

furnished.

**WHEREFORE**, in view of all of the above, the **Clerk of the Court** is **DIRECTED** to issue a check for $42,455.31 to the order of the United States of America.

**SO ORDERED.**

San Juan, Puerto Rico, this 30th day of November 1999.

*[signature]*
GILBERTO GIERBOLINI
Senior U.S. District Judge