IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff

v.                                                    CIVIL NO. 98-1482 (GG)

OLGA I. RAMOS-ALAMO, ET ALS.

    Defendants

### ORDER

On November 30, 1999, we partially granted plaintiff's motion requesting the disbursement of funds owed to it. In light of plaintiff's failure to provided us with evidence of the $864.96 in concept of costs and disbursements, the request of withdrawal for said expenses was **DENIED**.

However, on December 14, 1999, plaintiff submitted evidence of costs and disbursements totaling $855.67.

**WHEREFORE**, in view of the new evidence submitted, the **Clerk of the Court** is **DIRECTED** to issue a check for $855.67 to the order of the United States of America.

**SO ORDERED.**

San Juan, Puerto Rico, this 17th day of December 1999.

GILBERTO GIERBOLINI
Senior U.S. District Judge



