IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

v.

OLGA I. RAMOS-ALAMO, ET ALS.
    Defendants

CIVIL NO. 98-1482 (GG)

**ORDER**

On February 2, 2000, defendants requested the withdrawal of the remaining funds after the public sale of the property object of this case. Specifically, defendants request the withdrawal of $17,965.31. (Docket entry #36).

The property in this case was sold for the total of $62,300 of which $1,014.42 were retained by the Marshal's Service and $42,455.31 were disbursed to the plaintiff. Later on plaintiff submitted evidence of costs and disbursements totaling $855.67, which were also disbursed on December 17, 1999. (Docket entry #33). Accordingly, a total of $43,310.98 was disbursed from the original amount obtained in public sale. The Clerk of the Court has confirmed that a remainder of $17,887.60 is available.

**WHEREFORE**, in view of all of the above, the **Clerk of the Court** is **DIRECTED** to issue a check for $17,887.60 to the order of the defendants.

**SO ORDERED.**

San Juan, Puerto Rico, this 10th day of February, 2000.

GILBERTO GIERBOLINI
Senior U.S. District Judge

AO 72A
(Rev.8/82)